CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 2 6 2010

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT A. UNGER,<br>     Plaintiff, | ) ) ) | Civil Action No. 7:10-cv-00374 |
| v. | ) ) | **ORDER** |
| SHERIFF TONY ROPER, <u>et al.</u>,<br>     Defendants. | ) ) ) | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

## ORDERED

that the complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915A(b)(1), and

the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to the plaintiff.

ENTER: This 26th day of August, 2010.

_____
Senior United States District Judge